CHRISTIAN MOSEL, Respondent, v. THE WILLIAM H. FRANK
        BREWING COMPANY, Appellant.

Reported below, 13 App. Div. 99.
(Argued March 1, 1897; decided March 9, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1897, which affirmed a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the decision of the Appellate Division was unanimous, and that no questions of law were raised by the exceptions.

*Bernard J. Isecke* for motion.

*M. Hallheimer* opposed.

Motion denied, with ten dollars costs.

---

HENRY F. GILLIG, Plaintiff, Respondent, v. GEORGE C. TREAD-
        WELL COMPANY, Defendant.

HUGH J. GRANT, as Receiver of THE ST. NICHOLAS BANK,
        Plaintiff, Appellant, v. SAME, Defendant.

(Submitted March 1, 1897; decided March 9, 1897.)

MOTION for reargument denied, with ten dollars costs.    (See 151 N. Y. 552.)

---

ALBERT SPENCER, Respondent, v. CHAUNCY KILMER, Appellant.

(Argued March 1, 1897; decided March 9, 1897.)

MOTION to amend remittitur.    (See 151 N. Y. 390, 403.)

Motion granted by providing that costs of new trial abide the event.